**Electronically Filed
Supreme Court
SCWC-18-0000057
30-JUL-2024
10:26 AM
Dkt. 22 OGAC**

SCWC-18-0000057

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

KE KAUHULU O MĀNĀ, AN ININCORPORATED ASSOCIATION; HAWAI'I
ALLIANCE FOR PROGRESSIVE ACTION, A NON-PROFIT CORPORATION;
SURFRIDER FOUNDATION, A NON-PROFIT CORPORATION; KOHOLĀ LEO, A
NON-PROFIT CORPORATION; PUNOHU KEKAUALUA III,
Petitioners/Plaintiffs-Appellants/Cross-Appellees,
vs.
BOARD OF LAND AND NATURAL RESOURCES, OF THE STATE OF HAWAI'I,
Respondent/Defendant-Appellee/Cross-Appellee,
and
SYNGENTA SEEDS, LLC, A LIMITED LIABILITY COMPANY,
SYNGENTA HAWAII, LLC, A LMITED LIABILITY COMPANY,
Respondents/Defendant-Appellees/Cross-Appellants.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000057; CASE NO. 5CC171000094)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Devens JJ.,
and Circuit Judge Hamman, in place of Ginoza, J., recused)

The application for writ of certiorari filed on May 20,
2024, by Petitioners/Plaintiffs-Appellants/Cross-Appellees Ke
Kauhulu o Mānā is hereby accepted. The parties will be notified
by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, July 30, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Kirstin M. Hamman

